DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. TURNER

No. 118P84.

Case below: 66 N.C. App. 203.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.

STATE v. WARREN

No. 191A84.

Case below: 67 N.C. App. 337.

Petition by defendant for discretionary review under G.S. 7A-31 allowed as to additional issues 27 July 1984.

STATE v. WILSON

No. 233P84.

Case below: 67 N.C. App. 562.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984. Motion by Attorney General to dismiss appeal for lack of significant public interest allowed 28 August 1984.

STATE v. YARN

No. 443P84.

Case below: 67 N.C. App. 325.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 28 August 1984.

STONE v. LYNCH, SEC. OF REVENUE

No. 340PA84.

Case below: 68 N.C. App. 441.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 28 August 1984.